UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>              Plaintiff,<br><br>   v.<br><br>COUNTY OF SANTA BARBARA, JOSHUA ELIZALDE, & JOHN DOES 1-10,<br><br>              Defendants. | Case No.: 2:24-cv-04334 MEMF (SKx)<br><br>**ORDER GRANTING STIPULATION TO PERMIT PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT [ECF NO. 12]** |

On July 17, 2024, Plaintiff Jane Doe ("Doe") and Defendant County of Santa Barbara (the "County") filed a Stipulation [ECF No. 12] requesting an order permitting Plaintiff Jane Doe to file a first amended complaint in this matter.

The Court, having considered Doe and the County's Stipulation to Permit Plaintiff to File a First Amended Complaint and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Doe may file a first amended complaint on or before August 9, 2024; and
2. The County will have twenty-one (21) days from the date of service to respond to the first amended complaint.

IT IS SO ORDERED.

Dated: August 9, 2024

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

1