UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SANTA BARBARA, JOSHUA ELIZALDE, & JOHN DOES 1-10,<br><br>　　　　　　Defendants. | Case No.: 2:24-cv-04334 MEMF (SKx)<br><br>**ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER BY EXTENDING THE DATES FOR EXPERT DISCOVERY REGARDING THE PARTIES' LAW ENFORCEMENT PRACTICES EXPERT WITNESSES ONLY [ECF NO. 58]** |

　　On June 24, 2025, Plaintiff Jane Doe ("Doe"), Defendant County of Santa Barbara (the "County"), and Defendant Joshua Elizalde filed a Stipulation [ECF No. 58] requesting an order amending the Scheduling Order by extending the dates for expert discovery regarding the parties' law enforcement practices expert witnesses only.

　　The Court, having considered the Parties' Stipulation to Amend Scheduling Order by Extending the Dates for Expert Discovery Regarding the Parties' Law Enforcement Practices Expert Witnesses Only and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

1. The date for Initial Expert Disclosure of the parties' law enforcement practices experts only is extended from June 27, 2025 to July 8, 2025;
2. The date for Rebuttal Expert Disclosure of the parties' law enforcement practices experts only is extended from July 18, 2025 to July 29, 2025; and
3. The Expert Discovery Cut-Off for the parties' law enforcement practices experts is extended from August 1, 2025 to August 12, 2025.

IT IS SO ORDERED.

Dated: July 7, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

2