# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA BARBARA, JOSHUA ELIZALDE & JOHN DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-04334-MEMF-SK<br><br>**ORDER REGARDING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT [DKT. NO. 63] AND DECLARATION OF MARY PAT BARRY ON BEHALF OF DEFENDANT COUNTY OF SANTA BARBARA PURSUANT TO LOCAL CIVIL RULE 79-5.2.2(B)(I) IN RESPONSE TO PLAINTIFF'S APPLICATION FOR LEAVE TO FILE [DKT. NO. 78]** |

The Court is in receipt of Plaintiff's Application for Leave to File Under Seal Documents Regarding Plaintiff's Opposition to Motion for Summary Judgment, Dkt. No. 63. In that Application, Plaintiff sought leave to file a number of documents under seal pursuant to this Court's standing orders and local rules.  Accordingly, her Application contained both its request to file under seal certain documents that she believed should be filed under seal, as well as certain documents that she understood Defendants wished to remain confidential, even though she disagreed that they should be treated as such. In response, the Defendants filed an opposition to the sealing of the documents Plaintiff wished to remain confidential, Dkt. Nos. 75 and 79, and filed declarations in support of the documents Defendants wish to remain confidential, Dkt. Nos. 74 and 78.

The Court has already considered the question of the sealing of the documents Plaintiff wishes to remain confidential, granting Plaintiff's request. *See* Dkt. No. 81.

What therefore remains pending before this Court is the question of the documents Defendants wish to remain confidential, namely Plaintiff's exhibits 251, 252, 274, 275, 296, 300, 303, 310, 311, and 312 as identified in Dkt. No. 63.

In her original Application, Plaintiff indicated that she opposed the sealing of these documents, *see* Dkt. No. 63 at 11, but it appears she has not filed anything further after Defendants filed their declarations in support of sealing. It is therefore unclear whether Plaintiff maintains her opposition. Now that the Defendants have filed their declarations, should Plaintiff continue to oppose the sealing of these documents, she shall file her opposition by November 18, 2025 after meeting and conferring with the Defendants.

**IT IS SO ORDERED**.

Dated:  November 13, 2025

HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE