Christopher R. Pitoun (SBN 290235)
Jacob P. Berman (SBN 327179)
Abigail D. Pershing (SBN 346467)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA, 91101
Telephone: (213) 330-7150
christopherp@hbsslaw.com
jakeb@hbsslaw.com
abigailp@hbsslaw.com

Shelby R. Smith (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
shelby@hbsslaw.com

*Attorneys for Plaintiff Jane Doe*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br> v.<br><br>COUNTY OF SANTA BARBARA, JOSHUA ELIZALDE & JOHN DOES 1-10,<br><br>    Defendants. | Case No.: 2:24-cv-04334-MEMF-SK<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO REMOVE INCORRECTLY FILED DOCUMENT NOS. 67-20 AND 67-23**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>Mag. Hon. Steve Kim |

**TO THE HONORABLE COURT AND DEFENDANTS:**

Plaintiff files this Administrative Motion to Remove Incorrectly Filed ECF Document Nos. 67-20 and 67-23, submitted electronically on October 2, 2025 by counsel for Defendant County of Santa Barbara. ECF Document Nos. 67-20 and 67-23 are exhibits filed in support of the Parties' Joint Brief Regarding Defendant County Santa Barbara's Motion for Partial Summary Judgment ("Parties' Joint Brief") that inadvertently reveal sensitive and confidential information. This Court has already ordered this information sealed for other exhibits filed in support of the Parties' Joint Brief. Plaintiff respectfully requests that the Court order the Clerk of the Court to remove ECF Documents Nos. 67-20 and 67-23 from the docket in the captioned matter.

Upon learning of this error, on the evening of December 10, 2025 Plaintiff emailed the ECF Help Desk and the Courtroom Deputy at MEMF_Chambers@cacd.uscourts.gov to lock the document and restrict access.

Plaintiff will file an Administrative Motion to File Under Seal shortly, along with new public versions of Document Nos. 67-20 and 67-23 that redact the sensitive and confidential information.

On December 10, 2025, Plaintiff informed Defendants County of Santa Barbara and Joshua Elizalde ("Defendants") of her intent to file this motion via email. Defendants do not oppose this filing.

Plaintiff hereby respectfully requests that an order be granted to remove the documents filed as ECF Nos. 67-20 and 67-23.

| | | |
|---|---|---|
| 1 | Dated: December 10, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 4 | | By /s/ *Christopher R. Pitoun* |
| | | Christopher R. Pitoun (SBN 290235) |
| 5 | | Jacob P. Berman (SBN 327179) |
| 6 | | Abigail D. Pershing (SBN 346467) |
| | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 7 | | 301 North Lake Avenue, Suite 920 |
| 8 | | Pasadena, CA, 91101 |
| | | Telephone: (213) 330-7150 |
| 9 | | christopherp@hbsslaw.com |
| 10 | | jakeb@hbsslaw.com |
| | | abigailp@hbsslaw.com |
| 11 | | |
| 12 | | Shelby R. Smith (admitted *pro hac vice*) |
| | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 13 | | 1301 Second Avenue, Suite 2000 |
| 14 | | Seattle, WA 98101 |
| | | Telephone: (206) 623-7292 |
| 15 | | Facsimile: (206) 623-0594 |
| 16 | | shelby@hbsslaw.com |
| 17 | | *Attorneys for Plaintiff Jane Doe* |