Christopher R. Pitoun (SBN 290235)
Jacob P. Berman (SBN 327179)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
christopherp@hbsslaw.com
jakeb@hbsslaw.com

*Attorneys for Plaintiff*

*[Additional Counsel Listed on Signature Page]*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAINAB ANASTASIYA ABDULLAH,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA BARBARA, JOSHUA ELIZALDE & JOHN DOES 1-10,<br><br>Defendants. | Case No.: 2:24-cv-04334<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL EXCHANGE LOGISTICS**<br><br>Trial Date: March 2, 2026<br>Time: 8:30 a.m.<br>Judge: Hon. Maame Ewusi-Mensah Frimpong<br>Courtroom: 8B |

The Parties to the above-referenced action, through their respective counsel of record, pending the approval of the Court, hereby stipulate to the following regarding the exchange, presentation, and admission of proposed evidence at trial, subject to approval by the Court.

**WITNESSES**

1. Witness Disclosures at Trial: Each party shall identify the witnesses that they will be calling on direct examination no later than 9:00 a.m. on the day before they intend to call the witness.[1]

**EXCHANGE OF EXHIBITS AND DEMONSTRATIVES AT TRIAL**

2. Opening Statements: The Parties will exchange a list of exhibits and demonstratives they plan to show or excerpt during opening statements by 4:00 p.m. 48-hours before opening statements. Any objections (based on, for example, a good-faith basis to argue they could not be admitted into evidence at trial) shall be exchanged by 6:00 p.m. that same day, and the Parties will meet and confer by 7:00 p.m. that same day to resolve any objections. If any objections remain, the objecting Party shall raise any such objections with the Court before any Party begins its opening statement.

3. Exhibit and Demonstratives Disclosures: For each exhibit with any remaining objections and any demonstratives that a Party intends to have admitted into evidence during a direct examination of a witness testifying live, the Party will provide a list of such exhibits and demonstratives organized by witness by 4:00 p.m. the day before the Party will seek to admit the exhibit into evidence.[2]

---

[1] Nothing in this section precludes the Parties from altering or amending their witness list based on developments at trial, nor is this section intended to revise or otherwise change any applicable rule(s) relating to securing the attendance of witnesses at trial.

[2] For the avoidance of doubt, if a Party is calling an adverse witness during its case-in-chief, any opposing Party would exchange documents and demonstratives they intend to use during its examination at the same time.

-1-
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL EXCHANGE LOGISTICS
Case No. 2:24-cv-04334-MEMF-SK

4.      Objections: As to objected-to exhibits and demonstratives disclosed for admission and/or use with a witness during the calling Party's case-in-chief, opposing counsel shall provide any objections to such exhibits and demonstratives and identify any exhibits and demonstratives they intend to use with the witnesses during cross examination (other than for impeachment) by 5:00 p.m. on the day of the initial disclosure. Counsel and/or representatives of the parties with authority to take final positions on objections shall begin meeting and conferring to discuss any objections to such materials no later than 6:00 p.m. the same day that such objections are disclosed and shall identify their final positions on such objections before the conclusion of the meet-and-confer. The Parties shall deliver any remaining objections to the Court by joint filing within two hours after conclusion of the meet and confer in the following format:

| Witness | Trial Exhibit / Demonstrative No. | Objection | Parties' Position |
|---|---|---|---|
| Smith | Ex. 1 | [e.g., Rule 403] | Pl.:<br>Defs.:<br>*IF APPLICABLE:*<br>Plaintiff/Defendants request oral argument on this exhibit. |

5.      These provisions do not apply to demonstratives to be used in opening or closing statements or demonstratives created during testimony. These provisions also do not apply to highlighting, ballooning, arrowing, call-outs, etc. of exhibits or testimony, which are not required to be provided to the other side in advance of their use.

6.      The parties agree that exhibits to be used solely for impeachment need not be included on the list of trial exhibits or disclosed in advance of use at trial, but

such exhibits that were not previously disclosed may not be admitted into evidence. The Parties reserve the right to object on evidentiary grounds to any such exhibit if used at trial.

IT IS SO STIPULATED, through counsel of record.

| | |
|---|---|
| DATED: February 17, 2026 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By /s/ *Christopher R. Pitoun* |
| | Christopher R. Pitoun (SBN 290235) |
| | Jacob P. Berman (SBN 327179) |
| | 301 North Lake Avenue, Suite 920 |
| | Pasadena, CA 91101 |
| | Telephone: (213) 330-7150 |
| | christopherp@hbsslaw.com |
| | jakeb@hbsslaw.com |
| | |
| | Shelby Smith (admitted *pro hac vice*) |
| | Sydney K. Thomas (*pro hac vice*) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 1301 Second Avenue, Suite 2000 |
| | Seattle, WA 98101 |
| | Telephone: (206) 623-7292 |
| | Facsimile:  (206) 623-0594 |
| | shelby@hbsslaw.com |
| | sydney.thomas@hbsslaw.com |
| | |
| | Abbye Klamann Ognibene (SBN 311112) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 1 Faneuil Hall Sq, Ste 5, |
| | Boston, MA 02109-1621 |
| | Telephone: (617) 482-3700 |
| | abbyeo@hbsslaw.com |
| | |
| | *Attorneys for Plaintiff* |

| | | |
|---|---|---|
| 1 | Dated: February 17, 2026 | RACHEL VAN MULLEM |
| 2 | | County Counsel |
| 3 | | By /s/ *Mary Pat Barry* |
| 4 | |    Mary Pat Barry |
| 5 | |    Senior Deputy County Counsel |
| 6 | | *Attorneys for Defendant County of Santa Barbara* |
| 7 | Dated: February 17, 2026 | PACHOWICZ | GOLDENRING |
| 8 | | A Professional Law Corporation |
| 9 | | By /s/ *Jennie Hendrickson* |
| 10 | |    Mark R. Pachowicz |
| 11 | |    Jennie Hendrickson |
| 12 | | *Attorneys For Defendant Joshua Elizalde* |

**<u>Attestation re: Signatures of Registered CM/ECF Filers</u>**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I, Christopher R. Pitoun, as the filer of this document, attest that all other signatories listed on the signature page(s), and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 17, 2026

By: */s/ Christopher R. Pitoun*
Christopher R. Pitoun