**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ZAINAB ANASTASIYA ABDULLAH,

Plaintiff,

v.

COUNTY OF SANTA BARBARA and
JOSHUA ELIZALDE,

Defendants.

Case No. 2:24-cv-04334-MEMF (SKx)

**JUDGMENT**

The trial of this action began on March 2, 2026, in Courtroom 8B of the United States District Court, Central District of California, the Honorable Maame Ewusi-Mensah Frimpong presiding.

Plaintiff Zainab Anastasiya Abdullah was represented at trial by attorneys Abbye Klamann Ognibene, Christopher R. Pitoun, Jacob P. Berman, and Sydney K. Thomas. Defendant Joshua Elizalde was represented at trial by Mark R. Pachowicz and Jennie Hendrickson. Defendant County of Santa Barbara was represented at trial by Mary Pat Barry and Barbara A. Carroll.

A jury was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by

1

the Court and the case was submitted to the jury. The jury deliberated and thereafter returned a verdict as follows:

### Violation of Federal Civil Rights—In General (42 U.S.C. § 1983)

1. Did Joshua Elizalde violate Zainab Anastasiya Abdullah's Fourteenth Amendment right to be free from violations of bodily integrity under the United States Constitution?

    _____Yes        ___X___No

### Bane Act (Cal. Civ. Code § 52.1) & Ralph Act (Cal. Civ. Code § 51.7)

2. Did Joshua Elizalde commit violent acts against Zainab Anastasiya Abdullah?

    _____Yes        ___X___No

    *If your answer to Question 2 is yes, then answer Question 3. If you answered no, please skip to Question 9.*

### Bane Act (Cal. Civ. Code § 52.1)

3. Did Joshua Elizalde commit these acts of violence to prevent Zainab Anastasiya Abdullah from exercising her Fourteenth Amendment right to be free from violations of her bodily integrity?

    _____Yes        _____No

    *If your answer to Question 3 is yes, then answer Question 4. If you answered no, please skip to Question 6.*

4. Was Joshua Elizalde's conduct a substantial factor in causing harm to Zainab Anastasiya Abdullah?

    _____Yes        _____No

    *If your answer to Question 4 is yes, then answer Question 5. If you answered no, please skip to Question 6.*

5. Was Joshua Elizalde acting within the scope of his employment when he harmed Zainab Anastasiya Abdullah?

    _____Yes        _____No

2

**<u>Ralph Act (Cal. Civ. Code § 51.7)</u>**

6. Was Joshua Elizalde's perception of Zainab Anastasiya Abdullah's sex a substantial motivating reason for Joshua Elizalde's conduct?

_____Yes          _____No

*If your answer to Question 6 is yes, then answer Question 7. If you answered no, please skip to Question 9.*

7. Was Joshua Elizalde's conduct a substantial factor in causing harm to Zainab Anastasiya Abdullah?

_____Yes          _____No

*If your answer to Question 7 is yes, then answer Question 8. If you answered no, please skip to Question 9.*

8. Was Joshua Elizalde acting within the scope of his employment when he harmed Zainab Anastasiya Abdullah?

_____Yes          _____No

**<u>Gender Violence (Cal. Civ. Code § 52.4)</u>**

9. Did Joshua Elizalde commit a physical intrusion or physical invasion of a sexual nature under coercive conditions against Zainab Anastasiya Abdullah?

_____Yes          \_\_\_<u>X</u>\_\_No

*If your answer to Question 9 is yes, then answer Question 10. If you answered no, please skip to Question 11.*

10. Was Joshua Elizalde's conduct a substantial factor in causing harm to Zainab Anastasiya Abdullah?

_____Yes          _____No

3

## Assault

11. Did Joshua Elizalde act intending to cause a harmful or an offensive contact with Zainab Anastasiya Abdullah?

_____Yes          ___X___No

*If your answer to Question 11 is yes, then answer Question 12. If you answered no, please skip to Question 16.*

12. Did Zainab Anastasiya Abdullah reasonably believe that she was about to be touched in a harmful or offensive manner?

_____Yes          _____No

*If your answer to Question 12 is yes, then answer Question 13. If you answered no, please skip to Question 16.*

13. Did Zainab Anastasiya Abdullah consent to Joshua Elizalde's conduct identified in Question 11?

_____Yes          _____No

*If your answer to Question 13 is no, then answer Question 14. If you answered yes, please skip to Question 16.*

14. Was Joshua Elizalde's conduct a substantial factor in causing harm to Zainab Anastasiya Abdullah?

_____Yes          _____No

*If your answer to Question 14 is yes, then answer Question 15. If you answered no, please skip to Question 16.*

15. Was Joshua Elizalde acting within the scope of his employment when he harmed Zainab Anastasiya Abdullah?

_____Yes          _____No

4

## **Sexual Battery**

16. Did Joshua Elizalde touch Zainab Anastasiya Abdullah's sexual organ, anus, buttocks, or breast, or cause Zainab Anastasiya Abdullah's sexual organ, anus, buttocks, or breast, to be touched with the intent to harm or offend her?

_____Yes          ___X___No

*If your answer to Question 16 is yes, then answer Question 17. If you answered no, please skip to Question 21.*

17. Did Zainab Anastasiya Abdullah consent to be touched as described in Question No. 16?

_____Yes          _____No

*If your answer to Question 17 is no, then answer Question 18. If you answered yes, please skip to Question 21.*

18. Was Zainab Anastasiya Abdullah harmed or offended by Joshua Elizalde's conduct as described in Question No. 16?

_____Yes          _____No

*If your answer to Question 18 is yes, then answer Question 19. If you answered no, please skip to Question 21.*

19. Would a reasonable person in Zainab Anastasiya Abdullah's situation have been offended by the touching?

_____Yes          _____No

*If your answer to Question 19 is yes, then answer Question 20. If you answered no, please skip to Question 21.*

20. Was Joshua Elizalde acting within the scope of his employment when he harmed Zainab Anastasiya Abdullah?

_____Yes          _____No

**<u>False Imprisonment</u>**

21.  Did Joshua Elizalde intentionally deprive Zainab Anastasiya Abdullah of her freedom of movement by use of force?

_____Yes          ___X___No

*If your answer to Question 21 is yes, then answer Question 24. If you answered no, please skip to Question 27.*

24.  Did Zainab Anastasiya Abdullah consent?

_____Yes          _____No

*If your answer to Question 24 is no, then answer Question 25. If you answered yes, please skip to Question 27.*

25.  Was Joshua Elizalde's conduct a substantial factor in causing harm to Zainab Anastasiya Abdullah?

_____Yes          _____No

*If your answer to Question 25 is yes, then answer Question 26. If you answered no, please skip to Question 27.*

26.  Was Joshua Elizalde acting within the scope of his employment when he harmed Zainab Anastasiya Abdullah?

_____Yes          _____No

6

## <u>Intentional Infliction of Emotional Distress</u>

27.  Was Joshua Elizalde's conduct that caused harm to Zainab Anastasiya Abdullah outrageous?

_____Yes          ___X___No

*If your answer to Question 27 is yes, then answer Question 28. If you answered no, please skip to Question 32.*

28.  Did Joshua Elizalde intend to cause Zainab Anastasiya Abdullah emotional distress?

_____Yes          _____No

*If your answer to Question 28 is yes, then answer Question 29. If you answered no, please skip to Question 32.*

29.  Did Zainab Anastasiya Abdullah suffer severe emotional distress?

_____Yes          _____No

*If your answer to Question 29 is yes, then answer Question 30. If you answered no, please skip to Question 32.*

30.  Was Joshua Elizalde's conduct a substantial factor in causing Zainab Anastasiya Abdullah's severe emotional distress?

_____Yes          _____No

*If your answer to Question 30 is yes, then answer Question 31. If you answered no, please skip to Question 32.*

31.  Was Joshua Elizalde acting within the scope of his employment when he harmed Plaintiff Zainab Anastasiya Abdullah?

_____Yes          _____No

NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. That final judgment in this action be entered in favor of Defendants Joshua Elizalde and County of Santa Barbara; and

2. That Defendants Joshua Elizalde and County of Santa Barbara are the prevailing parties and may apply to the Court for an award of costs.

**IT IS SO ORDERED.**

Dated: May 7, 2026

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge

8