UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANASTASIYA ABDULLAH ZAINAB,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>COUNTY OF SANTA BARBARA and JOSHUA ELIZALDE,<br><br>Defendants - Appellees,<br><br>JOHN DOES, 1-10,<br><br>Defendant. | No. 26-3727<br><br>D.C. No. 2:24-cv-04334-MEMF-SK<br>Central District of California, Los Angeles<br><br>ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 10), this appeal is voluntarily dismissed.  Fed. R. App. P. 42(b).  The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator